**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01109-CV

### IN THE INTEREST OF I.I.G.T., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-12092-R**

## ORDER

We **ORDER** the Dallas County District Clerk to prepare and file by October 2, 2013 a supplemental clerk's record containing (1) the original petition in intervention of the Attorney General filed on or about February 5, 2010 and (2) the order granting motion for new trial signed on or about February 10, 2010. If the trial court did not sign an order granting motion for new trial on or about February 10, 2010, then the clerk shall notify this Court in writing of that fact by October 2, 2013.

/s/    KERRY P. FITZGERALD
        PRESIDING JUSTICE